IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00118-M

| | |
|---|---|
| DARLENE Z. ROYSTER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter comes before the court on the Defendant's motion seeking an order remanding this case pursuant to sentence four of 42 U.S.C. §§ 405(g), because "further fact finding and analysis is required." DE 18. Plaintiff consents to the motion.

For good cause shown, the motion is GRANTED. The court reverses the Commissioner's decision and remands this case to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 28th day of November, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE